UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WARREN E. BLAKE,

    Petitioner,

vs.

CONNIE MERRILL, Chief Probation Officer, Del Norte County, et al.,

    Respondent.

No. C 07-1122 PJH (PR)

**JUDGMENT**

The court having entered a ruling today denying the petition for a writ of habeas corpus, judgment is entered in favor of respondent and against petitioner. Petitioner shall obtain no relief by way of his petition.

**IT IS SO ORDERED.**

Dated: March 26, 2010.

    PHYLLIS J. HAMILTON
    United States District Judge

P:\PRO-SE\PJH\HC.07\BLAKE122.JUD.wpd